IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 2 8 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

MARTIN BENZ GARCIA,

§
§
Petitioner,           §
§
v.                    §        2:06-CV-0124
§
NATHANIEL QUARTERMAN, Director,   §
Texas Department of Criminal Justice,  §
Correctional Institutions Division,    §
§
Respondent.          §
§

### ORDER OVERRULING OBJECTIONS,
### ADOPTING REPORT AND RECOMMENDATION
### and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On August 7, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that habeas relief be denied. Petitioner filed objections to the Report and Recommendation on August 18, 2009.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _____28th_____ day of _____August_____ 2009.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE